UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CA., | No. 2:13-cv-0091 TLN AC PS |
| Plaintiff, | |
| v. | ORDER |
| KARL WICHELMAN, | |
| Defendant. | |

Pending before the court is defendant's motion for reconsideration of the undersigned's order denying for lack of good cause his request for an extension of time to (presumably) file objections to the pending March 20, 2013 findings and recommendations. The court notes that the findings and recommendations have been pending for nearly six months and defendant has not yet filed objections. Regardless, good cause now having been shown, IT IS HEREBY ORDERED that:

1. Defendant's motion for reconsideration (ECF No. 7) is granted;

2. Defendant's motion for extension of time is granted; and

////

////

////

////

1

3. Defendant shall file objections on or before October 30, 2013.  No further extensions of time will be granted.

DATED: October 8, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;wich0091.eot2